1  BOBBIE R. BAILEY, State Bar No. 159663
   bbailey@leaderberkon.com
2  OLGA G. PENA, State Bar No. 307927
   opena@leaderberkon.com
3  LEADER BERKON COLAO & SILVERSTEIN LLP
   550 South Hope Street, Suite 1850
4  Los Angeles, CA 90071
   Telephone: (213) 234-1750
5  Facsimile: (213) 234-1747

6  Attorneys for Defendant
   IMO INDUSTRIES INC.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 PATRICK W. DENNIS and ROSA          Case No. CV 19-9343-GW-KSx
   DENNIS,
12                                      **JUDGMENT GRANTING DEFENDANT
                                        IMO INDUSTRIES INC.'S MOTION FOR
13          Plaintiffs,                 SUMMARY JUDGMENT, OR IN THE
                                        ALTERNATIVE, SUMMARY
14                                      ADJUDICATION**
        vs.
15                                      Date: March 21, 2021
16 AIR & LIQUID SYSTEMS                 Time: 8:30 a.m.
   CORPORATION, et al.,                 Courtroom: 9D
17
                                        Complaint Filed: October 31, 2019
18          Defendants.                 FAC Filed November 18, 2019
                                        Trial Date: TBD
19

20

21

22 TO ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

23       The Motion for Summary Judgment and Summary Adjudication by

24 defendant IMO INDUSTRIES INC., came on regularly for hearing on multiple

25 sessions from September 10, 2020 to Thursday, March 18, 2021, in Courtroom 9D

26 of the above-captioned Court. Plaintiffs and defendant IMO INDUSTRIES INC.

27 appeared by their counsel of record.

28

*Leader Berkon Colao & Silverstein LLP*
*Attorneys at Law*

---

**[PROPOSED JUDGMENT] GRANTING DEFENDANT IMO INDUSTRIES INC.'S MOTION FOR
SUMMARY JUDGMENT**

1   After full consideration of the evidence, the Separate Statement of Defendant

2   IMO INDUSTRIES INC. ("IMO"), all documents filed in connection with this

3   Motion and the entire file herein, the Court finds that Defendant IMO

4   INDUSTRIES INC. did not have a duty to warn the plaintiff  concerning the use of

5   asbestos parts with its equipment, and is entitled to summary judgment as to all

6   claims against it.

7   IT IS THEREFORE ORDERED that the said Motion for Summary Judgment

8   is GRANTED, and that judgment shall be entered forthwith in favor of Defendant

9   IMO INDUSTRIES INC. against plaintiffs.  The Court further ORDERS that

10   Plaintiff's complaint in this matter is dismissed against Defendant IMO

11   INDUSTRIES INC.

12

13   DATED: May 3, 2021

14   _____

15   HONORABLE GEORGE H. WU
     United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED JUDGMENT] GRANTING DEFENDANT IMO INDUSTRIES INC.'S MOTION FOR
SUMMARY JUDGMENT

Leader Berkon Colao & Silverstein LLP
Attorneys at Law