JS-6

Edward R. Hugo [Bar No. 124839]
Bina Ghanaat [Bar No. 264826]
HUGO PARKER, LLP
240 Stockton Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@hugoparker.com

Attorneys for Defendants
FOSTER WHEELER ENERGY
CORPORATION and
FOSTER WHEELER LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK W. DENNIS and ROSA DENNIS, | Case No. CV 19-9343-CAS-KSx |
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| v. | Judge: Hon. George H. Wu<br>Dept.: 9D, 9th Floor |
| ALFA LAVAL, INC., et al., | Trial Date: November 7, 2023 |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

JURY VERDICT in favor of Defendants Foster Wheeler Energy Corporation and Foster Wheeler LLC against Plaintiff Rosa Dennis, individually and as successor-in-interest to Patrick W. Dennis (Deceased).

Dated: November 20, 2023

_George H. Wu_
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

1
[PROPOSED] JUDGMENT IN A CIVIL CASE